IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CUNA MUTUAL INSURANCE SOCIETY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Defendant. ) | No. 07-C-0253-C |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby dismisses this action, with prejudice. The parties are to bear their own respective costs. The plaintiff shall have the right at any time within six months of the date of this Order to reopen the action for good cause shown (e.g., in the event the defendant fails to pay or credit plaintiff the amount due plus applicable interest under the terms of the parties' settlement agreement reached on January 15, 2008).

It is so ordered this _23d_ day of _January_, 2008.

_Barbara B. Crabb_
BARBARA B. CRABB
Chief United States District Judge